### STEPHEN S. WILCOX v. T. GUILFORD SMITH.

[See *ante*, 552.]

*Principal and agent.*

This case is ruled by *Buhl v. Smith,* 69 Mich. 552.

Error to Newaygo. (Fuller, J.) Argued April 3, 1888. Decided April 20, 1888.

*Assumpsit.* Defendant brings error. Affirmed. The facts are stated in the opinion in case of *Buhl v. Smith, ante,* 552.

*Blair, Kingsley & Kleinhans,* for appellant.

*D. F. Glidden,* for plaintiff.

LONG, J. This case presents substantially the same questions as *Buhl v. Smith, ante,* 552, and must be ruled by it.

Judgment is affirmed, with costs.

SHERWOOD, C. J., and CHAMPLIN, J., concurred. MORSE, J., did not sit.